```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

H.W., ET AL.,

                Plaintiffs,

   - against -                         22-cv-3282 (JGK)

NEW YORK CITY DEPARTMENT OF        ORDER
EDUCATION,

                Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 1, 2022.

SO ORDERED.

Dated:    New York, New York
            November 12, 2022

                                              /s/ John G. Koeltl
                                            John G. Koeltl
                                   United States District Judge