UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

H.W., ET AL.,

                Plaintiffs,

   - against –

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――

22-cv-3282 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs should provide the court with courtesy copies of the pending fully briefed motion for attorney's fees.

SO ORDERED.

Dated:    New York, New York
            April 4, 2023

                                      John G. Koeltl
                              United States District Judge