UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.W., ET AL.,

    Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendant.

22-cv-3282 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By Order dated September 8, 2023, the Court adopted the Report and Recommendation of the Magistrate Judge that the plaintiff was entitled to $ 44,934.25 from the defendant. ECF No. 45. Therefore, the Clerk is directed to enter judgment in that amount and to close this case.

SO ORDERED.

Dated:    New York, New York
            January 16, 2024

                                            John G. Koeltl
                                    United States District Judge