**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
H. W., ET AL.,

                Plaintiff,

                                                    22 **CIVIL** 3282 (JGK) (KHP)

        -against-                                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated January 16, 2024, the Court adopts the Report and Recommendation of the Magistrate Judge that the plaintiff was entitled to $44,934.25 from the defendant; accordingly, the case is closed.

**DATED**: New York, New York
              January 17, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                        BY: _____
                                                    **Deputy Clerk**